IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


RICHARD KREFTING,                                    No. 3:23-cv-01164-AR

        Plaintiff,                                    ORDER

    v.

KAYE-SMITH ENTERPRISES, INC, and
BOEING EMPLOYEE CREDIT UNION,

        Defendants.


HERNÁNDEZ, District Judge:

Magistrate Judge Jeff Armistead issued a Findings and Recommendation on April 2,

2024, in which he recommends that the Court grant Plaintiff's Motion for Voluntary Dismissal

of [His Individual] Claims Against Boeing Employees' Credit Union ("BECU") with prejudice,

grant in part and deny in part Plaintiff's Motion for Voluntary Dismissal of all his claims without

prejudice, dismiss with prejudice Plaintiff's individual claims against BECU, dismiss without

prejudice all of Plaintiff's other claims, and deny all other pending motions as moot. F&R, ECF

96. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court adopts Magistrate Judge Armistead's Findings and Recommendation, ECF 96. Accordingly, the Court GRANTS Plaintiff's Motion for Voluntary Dismissal of [His Individual] Claims Against BECU with prejudice, ECF 92; GRANTS IN PART and DENIES IN PART Plaintiff's Motion for Voluntary Dismissal of all his claims without prejudice, ECF 85; DISMISSES with prejudice Plaintiff's individual claims against BECU, DISMISSES without prejudice all of Plaintiff's other claims, and DENIES all other pending motions as moot.

IT IS SO ORDERED.


DATED: _____May 5, 2024_____.



_____
MARCO A. HERNÁNDEZ
United States District Judge