IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| RICHARD KREFTING, | No. 3:23-cv-01164-AR |
| Plaintiff, | JUDGMENT |
| v. | |
| KAYE-SMITH ENTERPRISES, INC, and BOEING EMPLOYEE CREDIT UNION, | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Based on the record, IT IS ORDERED AND ADJUDGED that Plaintiff's individual claims against Boeing Employee Credit Union are dismissed with prejudice and all of Plaintiff's other claims are dismissed without prejudice. Pending motions, if any, are denied as moot.

DATED:_____May 5, 2024_____.

MARCO A. HERNÁNDEZ
United States District Judge

1 - JUDGMENT